HENRY E. FARBER (State Bar No. 110553)
 henryfarber@dwt.com
ELIZABETH CARROLL (State Bar No. 234751)
 betsycarroll@dwt.com
NICOLE M. SANDOZ (State Bar No. 260992)
 nicolesandoz@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Petitioner
CHARTER COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER COMMUNICATIONS, LLC, | Case No. **CV12- 3648 CAS (PJWx)** |
| Petitioner, | **JUDGMENT DENYING PETITIONER CHARTER COMMUNICATIONS, LLC'S PETITION TO VACATE ARBITRATION AWARDS AND CONFIRMING ARBITRATION AWARDS** |
| vs. | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 45, | |
| Respondent. | |

1       Petitioner Charter Communications, LLC's ("Charter") Motion for Summary Judgment came on for hearing on July 2, 2012 in Courtroom 5 before the Honorable Christina Snyder. Having reviewed and considered the motion and all other papers submitted and having heard the arguments of the parties, if any, the Court DENIED Charter's Motion for Summary Judgment.

      In addition, the Court on its own motion confirmed the arbitration awards.

      IT IS HEREBY ORDERED AND ADJUDGED that Charter take nothing, that the arbitration awards be confirmed, and that the action be dismissed on the merits.

DATED: November 20, 2012

*Christina A. Snyder*

Honorable Christina Snyder
United States District Court Judge
For the Central District of California

JUDGMENT
DWT 20672024v3 0058913-000036

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899